# EXHIBIT E

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| K. Luan Tran (SBN 193808); Joe Tuffaha (SBN 253723)<br>Lee Tran & Liang LLP<br>601 S. Figueroa St., Ste. 3900<br>Los Angeles, CA 90017<br>TELEPHONE NO (213) 612-8900  FAX NO (Optional) (213) 612-3773<br>E-MAIL ADDRESS (Optional) luan.tran@ltlattorneys.com<br>ATTORNEY FOR (Name) Defendant Solomon Bier | CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>AUG 20 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Moses Soto, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS  111 N. Hill St.<br>MAILING ADDRESS<br>CITY AND ZIP CODE  Los Angeles 90012<br>BRANCH NAME  Central -- Stanley Mosk | |
| CASE NAME:<br>Fitspot Ventures, LLC v. Solomon Bier, et al. | |
| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER<br>BC590952 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Defendant Solomon Bier    makes the following substitution:

1. **Former legal representative**  ☐ Party represented self  ☑ Attorney (name): Daniel T. Ho, Esq.
2. **New legal representative**  ☐ Party is representing self*  ☑ Attorney
   a. Name: K. Luan Tran, Esq.    b. State Bar No. (if applicable): 193808
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      Lee Tran & Liang LLP, 601 S. Figueroa St., Ste. 3900, Los Angeles 90017

   d. Telephone No. (include area code): (213) 612-8900
3. The party making this substitution is a  ☐ plaintiff  ☑ defendant  ☐ petitioner  ☐ respondent  ☐ other (specify):
   Solomon Bier

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: August 18, 2015
   Solomon Bier
   (TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: August 18, 2015
   Daniel T. Ho, Esq.
   (TYPE OR PRINT NAME)                    (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: August 18, 2015
   K. Luan Tran, Esq.
   (TYPE OR PRINT NAME)                    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)    Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev January 1 2009]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Code of Civil Procedure, §§ 284(1), 285;
Cal Rules of Court, rule 3 1362
www.courtinfo.ca.gov

MC-050

| CASE NAME: Fitspot Ventures, LLC v. Solomon Bier, et al. | CASE NUMBER: BC590952 |
|---|---|

## PROOF OF SERVICE BY MAIL
## Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:
   601 S. Figueroa St., Suite 3900, Los Angeles, CA 90017

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: August 20, 2015    (2) Place of mailing *(city and state)*: Los Angeles, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 20, 2015

Lynette W. Suksnguan
(TYPE OR PRINT NAME)

_____
(SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Maurice David Pessah, Esq.
   b. Address *(number, street, city, and ZIP)*: 10100 Santa Monica Blvd., 3rd Floor, Los Angeles, CA 90067

   c. Name of person served: Daniel T. Ho, Esq.
   d. Address *(number, street, city, and ZIP)*: 11500 W. Olympic Blvd., Suite 400, Los Angeles, CA 90064

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   ☐ List of names and addresses continued in attachment.